UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MENDO LOVE,

       Petitioner,                           Case No. 15-14497
                                               Hon. Matthew F. Leitman
v.

PAUL KLEE,

       Respondent.
_____/

## ORDER DIRECTING COUNSEL FOR PETITIONER TO INFORM THE COURT WHETHER SHE STILL REPRESENTS PETITIONER

On December 30, 2015, attorney Suzanna Kostovski filed a petition for a writ of habeas corpus on behalf of Petitioner Mendo Love. (*See* ECF #1.) The Petition challenged Love's 2012 state-court convictions for first-degree murder, armed robbery, and felony-firearm on the basis that Love was denied the effective assistance of trial counsel. (*See id.*) Ms. Kostovski also filed a reply brief on Love's behalf. (*See* ECF #8.)

On August 22, 2017, Love filed a *pro se* motion in which he asks the Court to hold the Petition in abeyance while he returns to state court and exhausts a new and unexhausted claim that he is actually innocent of the crimes for which he was convicted. (*See* ECF #9.) In that motion, Love further states that he "no longer has counsel due to [a] significant Attorney-Client relationship breakdown." (*Id.* at Pg.

1

ID 961.) To date, Ms. Kostovski has not filed a motion to withdraw as counsel for Love nor has she otherwise informed the Court that she no longer represents Love.

Accordingly, **IT IS HEREBY ORDERED THAT** within fourteen (14) days of this Order, Ms. Kostovski shall either (1) file a motion to withdraw as Love's counsel or (2) inform the Court in writing that she remains Love's counsel.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 13, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 13, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764